JEFF SILVESTRI, ESQ.
Nevada Bar No. 5779
McDONALD CARANO WILSON LLP
2300 W. Sahara Avenue, Suite 1200
Las Vegas, NV 89102
Telephone: 702.873.4100
Facsimile: 702.873.9966
E-mail: jsilvestri@mcdonaldcarano.com

ADAM K. MORTARA, ESQ. *(pro hac vice)*
BRIAN C. SWANSON, ESQ. *(pro hac vice)*
BARTLIT BECK HERMAN
  PALENCHAR & SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60654
Telephone: 312.494.4400
E-mail:  adam.mortara@bartlit-beck.com
         brian.swanson@bartlit-beck.com

DANIEL C. TAYLOR, ESQ. *(pro hac vice)*
BARTLIT BECK HERMAN
  PALENCHAR & SCOTT LLP
1899 Wynkoop Street, 8th Floor
Denver, CO 80202
Telephone: 303.592.3100
E-mail: daniel.taylor@bartlit-beck.com

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| IGT,<br><br>            Plaintiff,<br><br>   v.<br><br>ARISTOCRAT TECHNOLOGIES, INC.,<br><br>            Defendant. | Civil Case No.:  2:15-cv-00473-GMN-GWF<br><br>**JOINT STIPULATION TO EXTEND TIME FOR IGT TO ANSWER ARISTOCRAT TECHNOLOGIES, INC.'S COUNTERCLAIMS AND FOR THE PARTIES TO COMPLETE RULE 26(f) CONFERENCE**<br><br>**(First Request)** |
| ARISTOCRAT TECHNOLOGIES, INC., ARISTOCRAT TECHNOLOGIES AUSTRALIA PTY. LTD., and ARISTOCRAT INTERNATIONAL PTY. LTD.,<br><br>            Counterclaim Plaintiffs,<br><br>   v.<br><br>IGT,<br><br>            Counterclaim Defendant. | |

Plaintiff IGT, Defendant-Counterclaim Plaintiff Aristocrat Technologies, Inc. ("ATI"), and Counterclaim Plaintiffs Aristocrat Technologies Australia Pty. Ltd ("ATA") and Aristocrat International Pty. Ltd. ("AI") (ATI, ATA, and AI collectively, "Aristocrat") (IGT and Aristocrat collectively, the "Parties"), by and through their respective counsel, hereby agree and stipulate as follows:

1. ATI filed its Answer and Counterclaims to IGT's Complaint on June 8, 2015 (Dkt. No. 38).

2. Also on June 8, 2015, ATA and AI filed a motion to intervene in order to join in certain of ATI's counterclaims against IGT (Dkt. No. 39). The Court granted the motion to intervene on June 29, 2015, and ordered that ATA and AI file their responsive pleading by July 13, 2015 (Dkt. No. 44).

3. The deadline for IGT's answer to ATI's counterclaims is July 2, 2015. The deadline for IGT's answer to ATA and AI's counterclaims is August 6, 2015.

4. Pursuant to Local Rule 26-1(d), the deadline for the Parties' Rule 26(f) conference is July 8, 2015, and the deadline for submitting a stipulated discovery plan and scheduling order is July 22, 2015.

5. WHEREFORE, the Parties wish to adjust the upcoming deadlines to extend the time for IGT to answer ATI's counterclaims, to allow IGT to file a single answer to all of Aristocrat's counterclaims, and to extend the deadline for the Rule 26(f) scheduling conference until after all claims and counterclaims have been answered. Accordingly, the Parties have agreed as follows:

    a. IGT will file a single answer to all of Aristocrat's counterclaims on or before July 20, 2015. IGT will serve an answer to these counterclaims and will not file a motion to dismiss.

    b. The Parties will conduct the Rule 26(f) conference on or before August 10, 2015.

    c. The Parties will file a stipulated discovery plan and scheduling order pursuant to Local Rule 26-1(d) on or before August 24, 2015.

6. This is the first request for an extension of these deadlines.

WHEREFORE, the Parties respectfully request that this Court approve this stipulation and order that (a) IGT shall file a single answer to all of Aristocrat's counterclaims on or before July 20, 2015; (b) the Parties shall conduct the Rule 26(f) conference on or before August 10, 2015; and (c) the Parties

shall file a stipulated discovery plan and scheduling order pursuant to Local Rule 26-1(d) on or before August 24, 2015.

Dated this 1st day of July, 2015.

| For Plaintiff IGT: | For Defendant Aristocrat Technologies, Inc.: |
|---|---|
| McDONALD CARANO WILSON LLP | SANTORO WHITMIRE, LTD. |
| /s/ Jeff Silvestri | /s/ Peter A. Swanson |
| JEFF SILVESTRI<br>McDONALD CARANO WILSON LLP<br>2300 W. Sahara Avenue, Suite 1200<br>Las Vegas, Nevada  89102<br>Telephone:  (702) 873-4100<br>Facsimile:  (702) 873-9966<br>E-mail:  jsilvestri@mcdonaldcarano.com | NICHOLAS J. SANTORO<br>SANTORO WHITMIRE, LTD.<br>10100 W. Charleston Blvd., Suite 250<br>Las Vegas, Nevada  89135<br>Telephone:  (702) 948-8771<br>Facsimile:  (702) 948-8773<br>E-mail:  nsantoro@santoronevada.com |
| ADAM K. MORTARA<br>BRIAN C. SWANSON<br>BARTLIT BECK HERMAN<br>  PALENCHAR & SCOTT LLP<br>54 W. Hubbard Street, Suite 300<br>Chicago, IL 60654<br>Telephone:  (312) 494-4400<br>Facsimile:  (312) 494-4440<br>E-mail:  adam.mortara@bartlit-beck.com<br>            brian.swanson@bartlit-beck.com | ROBERT T. HASLAM<br>COVINGTON & BURLING LLP<br>333 Twin Dolphin Drive, Suite 700<br>Redwood Shores, CA 94065<br>Telephone:  (650) 632-4700<br>Facsimile:  (650) 632-4800<br>E-mail:  rhaslam@cov.com |
| DANIEL C. TAYLOR<br>BARTLIT BECK HERMAN<br>  PALENCHAR & SCOTT LLP<br>1899 Wynkoop Street, 8th Floor<br>Denver, CO 80202<br>Telephone:  (303) 592-3100<br>Facsimile:  (303) 592-3140<br>E-mail:  daniel.taylor@bartlit-beck.com | GARY M. RUBMAN<br>PETER A. SWANSON<br>COVINGTON & BURLING LLP<br>One CityCenter, 850 Tenth Street, NW<br>Washington, DC 20001<br>Telephone:  (202) 662-6000<br>Facsimile:  (202) 662-6291<br>E-mail:  grubman@cov.com, pswanson@cov.com |

IT IS SO ORDERED.

_/s/ George Foley Jr._____
UNITED STATES MAGISTRATE JUDGE

DATED: July 2, 2015

JOINT STIPULATION TO EXTEND TIME; NO. 2:15-cv-00473
2