UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IGT,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ARISTOCRAT TECHNOLOGIES, INC.,<br><br>　　　　　Defendant.<br>―――――――――――――――――――<br>ARISTOCRAT TECHNOLOGIES, INC., et al.,<br><br>　　　　　Counterclaim Plaintiffs,<br><br>vs.<br><br>IGT,<br><br>　　　　　Counterclaim Defendant. | Case No. 2:15-cv-00473-GMN-GWF<br><br>**ORDER** |

　　　This matter is before the Court on Plaintiff's Motion for Leave to Add a Claim for Patent Infringement (#84), filed on December 15, 2015.  Defendant filed its Response (#88) on December 22, 2015.

　　　Plaintiff requests that it be allowed to add a claim for patent infringement of U.S. Patent No. 9,105,156 (hereinafter "'156 patent") to its second amended complaint.  Defendant represents that it has considered the proposed amendment and does not oppose the addition of the '156 patent.  Accordingly,

. . .

. . .

. . .

. . .

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to Add a Claim for Patent Infringement (#84) is **granted**.

**IT IS FURTHER ORDERED** that the hearing scheduled for January 22, 2016 at 9:30 a.m. on this motion is vacated.

DATED this 23rd day of December, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge