NICHOLAS J. SANTORO (Nev. Bar No. 532)
SANTORO WHITMIRE, LTD.
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada  89135
Telephone:  (702) 948-8771
Facsimile:  (702) 948-8773
E-mail:  nsantoro@santoronevada.com

ROBERT T. HASLAM (pro hac vice)
COVINGTON & BURLING LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone:  (650) 632-4700
Facsimile:  (650) 632-4800
E-mail:  rhaslam@cov.com

GARY M. RUBMAN (pro hac vice)
PETER A. SWANSON (pro hac vice)
COVINGTON & BURLING LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001
Telephone:  (202) 662-6000
Facsimile:  (202) 662-6291
E-mail:  grubman@cov.com, pswanson@cov.com

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

IGT,

     Plaintiff,

     v.

ARISTOCRAT TECHNOLOGIES, INC.,

     Defendant.

ARISTOCRAT TECHNOLOGIES, INC.,
ARISTOCRAT TECHNOLOGIES AUSTRALIA
PTY LTD., and
ARISTOCRAT INTERNATIONAL PTY LTD.,

     Counterclaim Plaintiffs,

     v.

IGT,

     Counterclaim Defendant.

Civil Case No.:  2:15-cv-00473-GMN-GWF

**JOINT STIPULATION TO EXTEND
DEADLINE FOR RESPONSES TO NON-
INFRINGEMENT, INVALIDITY, AND
UNENFORCEABILITY CONTENTIONS**
**(First Request)**

Plaintiff IGT, Defendant-Counterclaim Plaintiff Aristocrat Technologies, Inc. ("ATI"), and Counterclaim Plaintiffs Aristocrat Technologies Australia Pty Ltd ("ATA") and Aristocrat International Pty Ltd. ("AI") (ATI, ATA, and AI collectively, "Aristocrat") (IGT and Aristocrat collectively, the "Parties"), by and through their respective counsel, hereby agree and stipulate as follows:

1.  On January 11, 2016, the Parties exchanged Non-Infringement, Invalidity, and Unenforceability Contentions pursuant to Local Rule 16.1-8.

2.  The Scheduling Order (Dkt. No. 69) provides that the deadline for the Parties to exchange Responses to Non-Infringement, Invalidity, and Unenforceability Contentions pursuant to Local Rule 16.1-10 is February 5, 2016.

3.  During the case management hearing on January 22, 2016, Magistrate Judge Foley asked the parties whether he should extend any deadlines pending the issuance of a case management order.  The parties informed the Court that they would work together to determine the appropriate way to handle the upcoming deadlines.

4.  The parties have jointly agreed to extend the due date for the Local Rule 16.1-10 response contentions by two weeks, to February 19, 2016.  IGT has agreed that it will provide responses to Aristocrat's Non-Infringement Contentions for certain claim limitations in IGT's asserted patents based on regulatory submissions regarding the accused products that Aristocrat has provided pursuant to Local Rule 16.1-9.  Aristocrat has identified for IGT those claim limitations for which it has specifically requested such responses.

5.  This is the first request for an extension of this deadline.  This extension may require modification of subsequent deadlines, such as the February 19, 2016 deadline for exchange of proposed terms for claim construction pursuant to Local Rule 16.1-13.  *See* Dkt. No. 69 at 4.  The Parties propose that any such modification be considered after the Court issues its forthcoming case management order.

WHEREFORE, the Parties respectfully request that this Court approve this stipulation and order that the Parties exchange Responses to Non-Infringement, Invalidity, and Unenforceability Contentions on or before February 19, 2016.

Dated this 5th day of February, 2016.

For IGT:

MCDONALD CARANO WILSON LLP

/s/ Daniel C. Taylor

JEFF SILVESTRI
MCDONALD CARANO WILSON LLP
2300 W. Sahara Avenue, Suite 1200
Las Vegas, Nevada  89102
Telephone:  (702) 873-4100
Facsimile:  (702) 873-9966
E-mail:  jsilvestri@mcdonaldcarano.com

ADAM K. MORTARA
BRIAN C. SWANSON
BARTLIT BECK HERMAN
   PALENCHAR & SCOTT LLP
54 W. Hubbard Street, Suite 300
Chicago, IL 60654
Telephone:  (312) 494-4400
Facsimile:  (312) 494-4440
E-mail:  adam.mortara@bartlit-beck.com
          brian.swanson@bartlit-beck.com

DANIEL C. TAYLOR
BARTLIT BECK HERMAN
   PALENCHAR & SCOTT LLP
1899 Wynkoop Street, 8th Floor
Denver, CO 80202
Telephone:  (303) 592-3100
Facsimile:  (303) 592-3140
E-mail:  daniel.taylor@bartlit-beck.com

Attorneys for Plaintiff and Counterclaim
Defendant IGT

For Aristocrat:

SANTORO WHITMIRE, LTD.

/s/ Peter A. Swanson

NICHOLAS J. SANTORO
SANTORO WHITMIRE, LTD.
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada  89135
Telephone:  (702) 948-8771
Facsimile:  (702) 948-8773
E-mail:  nsantoro@santoronevada.com

ROBERT T. HASLAM
COVINGTON & BURLING LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone:  (650) 632-4700
Facsimile:  (650) 632-4800
E-mail:  rhaslam@cov.com

GARY M. RUBMAN
PETER A. SWANSON
COVINGTON & BURLING LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001
Telephone:  (202) 662-6000
Facsimile:  (202) 662-6291
E-mail:  grubman@cov.com, pswanson@cov.com

Attorneys for Defendant and Counterclaim Plaintiffs
Aristocrat Technologies, Inc., Aristocrat
Technologies Australia Pty Ltd., and Aristocrat
International Pty Ltd.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 8, 2016

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2016, I served via CM/ECF and/or deposited for mailing in the U.S. Mail a true and correct copy of the foregoing JOINT STIPULATION TO EXTEND DEADLINE FOR RESPONSES TO NON-INFRINGEMENT, INVALIDITY, AND UNENFORCEABILITY CONTENTIONS, postage prepaid (if U.S. Mail) and addressed to all parties and counsel as identified on the CM/ECF-generated Notice of Electronic Filing.

_/s/ Rachel Jenkins_
An employee of Santoro Whitmire