1  NICHOLAS J. SANTORO (Nev. Bar No. 532)
   SANTORO WHITMIRE, LTD.
2  10100 W. Charleston Blvd., Suite 250
3  Las Vegas, Nevada 89135
   Telephone: (702) 948-8771
4  Facsimile: (702) 948-8773
   E-mail: nsantoro@santoronevada.com
5
6  ROBERT T. HASLAM (pro hac vice)            GARY M. RUBMAN (pro hac vice)
   COVINGTON & BURLING LLP                    PETER A. SWANSON (pro hac vice)
7  333 Twin Dolphin Drive, Suite 700          COVINGTON & BURLING LLP
   Redwood Shores, CA 94065                   One CityCenter, 850 Tenth Street, NW
8  Telephone: (650) 632-4700                  Washington, DC 20001
   Facsimile: (650) 632-4800                  Telephone: (202) 662-6000
9  E-mail: rhaslam@cov.com                    Facsimile: (202) 662-6291
                                              E-mail: grubman@cov.com, pswanson@cov.com
10
11 Attorneys for Defendant/Counterclaim Plaintiffs ARISTOCRAT TECHNOLOGIES, INC.,
   ARISTOCRAT TECHNOLOGIES AUSTRALIA PTY LTD., and ARISTOCRAT INTERNATIONAL
12 PTY LTD.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| IGT, | Civil Case No.: 2:15-cv-00473-GMN-GWF |
| Plaintiff, | |
| v. | **JOINT STIPULATION TO EXTEND DEADLINE FOR PROPOSED CASE MANAGEMENT ORDER** |
| ARISTOCRAT TECHNOLOGIES, INC., | **(First Request)** |
| Defendant. | |
| ARISTOCRAT TECHNOLOGIES, INC., ARISTOCRAT TECHNOLOGIES AUSTRALIA PTY LTD., and ARISTOCRAT INTERNATIONAL PTY LTD., | |
| Counterclaim Plaintiffs, | |
| v. | |
| IGT, | |
| Counterclaim Defendant. | |

Plaintiff IGT, Defendant-Counterclaim Plaintiff Aristocrat Technologies, Inc. ("ATI"), and Counterclaim Plaintiffs Aristocrat Technologies Australia Pty Ltd ("ATA") and Aristocrat International Pty Ltd. ("AI") (ATI, ATA, and AI collectively, "Aristocrat") (IGT and Aristocrat collectively, the "Parties"), by and through their respective counsel, hereby agree and stipulate as follows:

1. In the Court's Order of February 9, 2016, the Court directed the Parties to "submit a proposed case management order to the Court within fourteen (14) days of the date of this Order unless the time is extended by stipulation of the parties or order of the Court." Dkt. No. 98 at 3.

2. While the Parties have met and conferred, and have made substantial progress on the proposed case management order, the Parties are continuing to work on the proposed order.

3. To allow for additional time to finalize the proposed order, the Parties have jointly agreed to extend the due date for the Proposed Case Management Order by three days, to February 26, 2016.

4. This is the first request for an extension of this deadline.

WHEREFORE, the Parties respectfully request that this Court approve this stipulation and order that the Parties submit the Proposed Case Management Order on or before February 26, 2016.

Dated this 23rd day of February, 2016.

| For IGT: | For Aristocrat: |
|---|---|
| MCDONALD CARANO WILSON LLP | SANTORO WHITMIRE, LTD. |
| */s/ Adam Mortara* | */s/ Peter A. Swanson* |
| JEFF SILVESTRI<br>MCDONALD CARANO WILSON LLP<br>2300 W. Sahara Avenue, Suite 1200<br>Las Vegas, Nevada  89102<br>Telephone:  (702) 873-4100<br>Facsimile:  (702) 873-9966<br>E-mail:  jsilvestri@mcdonaldcarano.com | NICHOLAS J. SANTORO<br>SANTORO WHITMIRE, LTD.<br>10100 W. Charleston Blvd., Suite 250<br>Las Vegas, Nevada  89135<br>Telephone:  (702) 948-8771<br>Facsimile:  (702) 948-8773<br>E-mail:  nsantoro@santoronevada.com |
| ADAM K. MORTARA<br>BRIAN C. SWANSON<br>BARTLIT BECK HERMAN<br>  PALENCHAR & SCOTT LLP<br>54 W. Hubbard Street, Suite 300<br>Chicago, IL 60654<br>Telephone:  (312) 494-4400<br>Facsimile:  (312) 494-4440 | ROBERT T. HASLAM<br>COVINGTON & BURLING LLP<br>333 Twin Dolphin Drive, Suite 700<br>Redwood Shores, CA 94065<br>Telephone:  (650) 632-4700<br>Facsimile:  (650) 632-4800<br>E-mail:  rhaslam@cov.com |

| | |
|---|---|
| E-mail:  adam.mortara@bartlit-beck.com<br>              brian.swanson@bartlit-beck.com<br><br>DANIEL C. TAYLOR<br>BARTLIT BECK HERMAN<br>  PALENCHAR & SCOTT LLP<br>1899 Wynkoop Street, 8th Floor<br>Denver, CO 80202<br>Telephone:  (303) 592-3100<br>Facsimile:  (303) 592-3140<br>E-mail:  daniel.taylor@bartlit-beck.com<br><br>*Attorneys for Plaintiff and Counterclaim Defendant IGT* | GARY M. RUBMAN<br>PETER A. SWANSON<br>COVINGTON & BURLING LLP<br>One CityCenter, 850 Tenth Street, NW<br>Washington, DC 20001<br>Telephone:  (202) 662-6000<br>Facsimile:  (202) 662-6291<br>E-mail:  grubman@cov.com, pswanson@cov.com<br><br>*Attorneys for Defendant and Counterclaim Plaintiffs Aristocrat Technologies, Inc., Aristocrat Technologies Australia Pty Ltd., and Aristocrat International Pty Ltd.* |

IT IS SO ORDERED.

*/s/ George Foley Jr.*
UNITED STATES MAGISTRATE JUDGE

DATED: February 24, 2016

**CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2016, I served via CM/ECF and/or deposited for mailing in the U.S. Mail a true and correct copy of the foregoing JOINT STIPULATION TO EXTEND DEADLINE FOR PROPOSED CASE MANAGEMENT ORDER, postage prepaid (if U.S. Mail) and addressed to all parties and counsel as identified on the CM/ECF-generated Notice of Electronic Filing.

*/s/ Rachel Jenkins*
An employee of Santoro Whitmire