UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IGT,<br>            Plaintiff,<br>vs.<br>ARISTOCRAT TECHNOLOGIES, INC.,<br>            Defendant.<br>ARISTOCRAT TECHNOLOGIES, INC., et al.,<br>            Counterclaim Plaintiffs,<br>vs.<br>IGT,<br>            Counterclaim Defendant. | Case No. 2:15-cv-00473-GMN-GWF<br><br>**ORDER** |

This matter is before the Court on Defendant Aristocrat Technologies, Inc.'s Motion for Leave to File Under Seal (ECF No. 130), filed on June 3, 2016.

Defendant requests leave to file its Opposition to IGT's Renewed Motion for Preliminary Injunction (ECF No. 131) under seal pursuant to the stipulated Protective Order entered into by the parties on August 31, 2015. *See* ECF No. 65. Defendant asserts that its Opposition cites to and quotes from material that has been designated "Confidential" or "Highly Confidential" pursuant to the terms of the Protective Order. *See* ECF No. 130. Furthermore, Defendant argues that good cause exists to file the Opposition under seal because "[d]isclosure of the information contained in the cited documents may put the parties at a competitive disadvantage in their dealings with third parties." *Id*. at pg. 2, lns. 27–28. Upon review, the Court finds good cause to allow Defendant's unredacted Opposition to be filed under seal. Accordingly,

1       **IT IS HEREBY ORDERED** that Defendant's Motion for Leave to File Under Seal (ECF No. 130) is **granted**.

      DATED this 6th day of June, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge