UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IGT,<br><br>        Plaintiff,<br><br>vs.<br><br>ARISTOCRAT TECHNOLOGIES, INC.,<br><br>        Defendant.<br>_____<br>ARISTOCRAT TECHNOLOGIES, INC., et al.,<br><br>        Counterclaim Plaintiffs,<br><br>vs.<br><br>IGT,<br><br>        Counterclaim Defendant.<br>_____ | Case No. 2:15-cv-00473-GMN-GWF<br><br>**ORDER** |

This matter is before the Court on the parties' Joint Request for Exception to Settlement Conference Attendance Requirement (ECF No. 150), filed on July 7, 2016.

The parties request an exception to the requirement that all counsel of record who will be participating in the trial be present at the July 21, 2016 settlement conference. The parties represent that, collectively, there are ten counsel of record who plan on participating in the trial. The parties further represent that if granted the exception, multiple counsel of record as well as fully authorized representatives will be present at the settlement conference. The Court finds that the parties have demonstrated good cause to warrant the requested exception. Accordingly,

**IT IS HEREBY ORDERED** that the parties' Joint Request for Exception to Settlement Conference Attendance Requirement (ECF No. 150) is **granted**.

DATED this 8th day of July, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge