# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IGT,<br><br>        Plaintiff,<br><br>vs.<br><br>ARISTOCRAT TECHNOLOGIES, INC.,<br><br>        Defendant.<br>ARISTOCRAT TECHNOLOGIES, INC., et al.,<br><br>        Counterclaim Plaintiffs,<br><br>vs.<br><br>IGT,<br><br>        Counterclaim Defendant. | Case No. 2:15-cv-00473-GMN-GWF<br><br>**ORDER** |

This matter is before the Court on Defendants' Motion for Leave to File Under Seal (ECF No. 167), filed on August 24, 2016.

Defendants request leave to file Exhibit H to their Opening Claim Construction Brief (ECF No. 166) under seal pursuant to the stipulated Protective Order entered into by the parties on August 31, 2015. *See* (ECF No. 62). Defendants represent that Exhibit H "contains information about IGT's S3000 gaming cabinet, including excerpts from product documentation that IGT has designated as confidential." *Motion* (ECF No. 167), pg. 2, lns. 10–11. Defendant further argues that good cause exists to file Exhibit H under seal because "disclosure of the information contained in Exhibit H could expose IGT's trade secrets or other proprietary business information, and may put IGT at a competitive disadvantage in its dealings with third parties." *Id.* at pg. 2, lns. 12–15. Upon review, the Court finds good cause to allow Defendants to file Exhibit H under seal.

1  Accordingly,

2  **IT IS HEREBY ORDERED** that Defendants' Motion for Leave to File Under Seal (ECF
3  No. 167) is **granted**.

4  DATED this 31st day of August, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge