NICHOLAS J. SANTORO (Nev. Bar No. 532)
SANTORO WHITMIRE, LTD.
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Telephone: (702) 948-8771
Facsimile: (702) 948-8773
E-mail: nsantoro@santoronevada.com

ROBERT T. HASLAM (pro hac vice)
COVINGTON & BURLING LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: (650) 632-4700
Facsimile: (650) 632-4800
E-mail: rhaslam@cov.com

GARY M. RUBMAN (pro hac vice)
PETER A. SWANSON (pro hac vice)
COVINGTON & BURLING LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
E-mail: grubman@cov.com, pswanson@cov.com

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| IGT,<br><br>          Plaintiff,<br><br>     v.<br><br>ARISTOCRAT TECHNOLOGIES, INC.,<br><br>          Defendant. | Civil Case No.: 2:15-cv-00473-GMN-GWF<br><br>**JOINT STIPULATION TO EXTEND UPCOMING CLAIM CONSTRUCTION DEADLINES**<br><br>**(First Request)** |
| ARISTOCRAT TECHNOLOGIES, INC.,<br>ARISTOCRAT TECHNOLOGIES AUSTRALIA PTY LTD., and<br>ARISTOCRAT INTERNATIONAL PTY LTD.,<br><br>          Counterclaim Plaintiffs,<br><br>     v.<br><br>IGT,<br><br>          Counterclaim Defendant. | |

Plaintiff IGT, Defendant-Counterclaim Plaintiff Aristocrat Technologies, Inc. ("ATI"), and Counterclaim Plaintiffs Aristocrat Technologies Australia Pty Ltd ("ATA") and Aristocrat International Pty Ltd. ("AI") (ATI, ATA, and AI collectively, "Aristocrat") (IGT and Aristocrat collectively, the "Parties"), by and through their respective counsel, hereby agree and stipulate as follows:

1. On March 2, 2016, the Court entered a Stipulated Case Management Order (ECF No. 109) setting a schedule for the first phase of the case.

2. The Stipulated Case Management Order provides that the deadline for the Parties to file responsive claim construction briefs is September 23, 2016 and the deadline for the Parties to file reply claim construction briefs is October 14, 2016.

3. The parties have jointly agreed to extend the deadlines by two weeks for the Parties' responsive and reply claim construction briefs. The parties believe this extension is necessary to allow the parties adequate time to complete their briefs, which will be addressing multiple patents and disputed claim terms.

4. This is the first request for an extension of these deadlines. This extension will not require modification of subsequent deadlines, as the remaining deadlines in the Stipulated Case Management Order are based on the issuance of a claim construction ruling.

WHEREFORE, the Parties respectfully request that this Court approve this stipulation and order that the Parties file responsive claim construction briefs on October 7, 2016 and reply claim construction briefs on October 28, 2016.

Dated this 20th day of September, 2016.

| For IGT: | For Aristocrat: |
|---|---|
| MCDONALD CARANO WILSON LLP | SANTORO WHITMIRE, LTD. |
| */s/ Jeff Silvestri* | */s/ Nicholas J. Santoro* |
| JEFF SILVESTRI | NICHOLAS J. SANTORO |
| MCDONALD CARANO WILSON LLP | SANTORO WHITMIRE, LTD. |
| 2300 W. Sahara Avenue, Suite 1200 | 10100 W. Charleston Blvd., Suite 250 |
| Las Vegas, Nevada 89102 | Las Vegas, Nevada 89135 |
| Telephone: (702) 873-4100 | Telephone: (702) 948-8771 |
| Facsimile: (702) 873-9966 | Facsimile: (702) 948-8773 |
| E-mail: jsilvestri@mcdonaldcarano.com | E-mail: nsantoro@santoronevada.com |

| | |
|---|---|
| ADAM K. MORTARA<br>BRIAN C. SWANSON<br>BARTLIT BECK HERMAN<br>  PALENCHAR & SCOTT LLP<br>54 W. Hubbard Street, Suite 300<br>Chicago, IL 60654<br>Telephone:  (312) 494-4400<br>Facsimile:  (312) 494-4440<br>E-mail:  adam.mortara@bartlit-beck.com<br>             brian.swanson@bartlit-beck.com<br><br>DANIEL C. TAYLOR<br>BARTLIT BECK HERMAN<br>  PALENCHAR & SCOTT LLP<br>1899 Wynkoop Street, 8th Floor<br>Denver, CO 80202<br>Telephone:  (303) 592-3100<br>Facsimile:  (303) 592-3140<br>E-mail:  daniel.taylor@bartlit-beck.com | ROBERT T. HASLAM<br>COVINGTON & BURLING LLP<br>333 Twin Dolphin Drive, Suite 700<br>Redwood Shores, CA 94065<br>Telephone:  (650) 632-4700<br>Facsimile:  (650) 632-4800<br>E-mail:  rhaslam@cov.com<br><br>GARY M. RUBMAN<br>PETER A. SWANSON<br>COVINGTON & BURLING LLP<br>One CityCenter, 850 Tenth Street, NW<br>Washington, DC 20001<br>Telephone:  (202) 662-6000<br>Facsimile:  (202) 662-6291<br>E-mail:  grubman@cov.com, pswanson@cov.com |

IT IS SO ORDERED.

_/s/ George Foley Jr._
UNITED STATES MAGISTRATE JUDGE

DATED: September 21, 2016

**CERTIFICATE OF SERVICE**

I hereby certify that on September 20, 2016, I served via CM/ECF and/or deposited for mailing in the U.S. Mail a true and correct copy of the foregoing JOINT STIPULATION TO EXTEND UPCOMING DEADLINES, postage prepaid (if U.S. Mail) and addressed to all parties and counsel as identified on the CM/ECF-generated Notice of Electronic Filing.

                                          */s/ Kristen Capella*
                                          An employee of Santoro Whitmire