JEFF SILVESTRI, ESQ.
Nevada Bar No. 5779
McDONALD CARANO WILSON LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102
Telephone:  702.873.4100
Facsimile:  702.873.9966
E-mail: jsilvestri@mcdonaldcarano.com

DANIEL C. TAYLOR, ESQ. *(pro hac vice)*
BARTLIT BECK HERMAN
  PALENCHAR & SCOTT LLP
1899 Wynkoop Street, 8th Floor
Denver, CO 80202
Telephone:  303.592.3100
Facsimile:  303.591.3140
E-mail: daniel.taylor@bartlit-beck.com

ADAM K. MORTARA, ESQ. (*pro hac vice*)
BRIAN C. SWANSON, ESQ. (*pro hac vice*)
JASON L. PELTZ, ESQ. (*pro hac vice*)
REID M. BOLTON, ESQ. (*pro hac vice*)
BARTLIT BECK HERMAN
  PALENCHAR & SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60654
Telephone:  312.494.4400
Facsimile:  312.494.4440
E-mail: adam.mortara@bartlit-beck.com
        brian.swanson@bartlit-beck.com
        jason.peltz@bartlit-beck.com
        reid.bolton@bartlit-beck.com

*Attorneys for Plaintiff and Counterclaim Defendant IGT*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| IGT,<br><br>    Plaintiff,<br><br>v.<br><br>ARISTOCRAT TECHNOLOGIES, INC.,<br><br>    Defendant.<br><br>――――――――――――――――<br>ARISTOCRAT TECHNOLOGIES, INC.,<br>ARISTOCRAT TECHNOLOGIES<br>AUSTRALIA PTY. LTD., and<br>ARISTOCRAT INTERNATIONAL PTY. LTD.,<br><br>    Counterclaim Plaintiffs,<br><br>v.<br><br>IGT,<br><br>    Counterclaim Defendant. | CASE NO. 2:15-cv-00473-GMN-GWF<br><br>**JOINT STIPULATION AND ORDER OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff-Counterclaim Defendant IGT, Defendant-Counterclaim Plaintiff Aristocrat Technologies, Inc. ("ATI"), and Counterclaim Plaintiffs Aristocrat Technologies Australia Pty Ltd ("ATA") and Aristocrat International Pty Ltd. ("AI") (ATI, ATA, and AI collectively, "Aristocrat") (IGT and Aristocrat collectively, the "Parties"), by and through their respective counsel, hereby agree and stipulate as follows:

1. IGT filed a Complaint in this matter on March 16, 2015.  ECF No. 1.
2. Aristocrat filed an Answer and Counterclaims on June 8, 2015.  ECF No. 38.
3. The Parties have both filed several amended pleadings.  The currently operative pleadings are IGT's Revised Second Amended Complaint, filed on December 21, 2015, ECF No. 87; Aristocrat's Answer and Counterclaims to Plaintiff IGT's Revised Second Amended Complaint, filed January 7, 2016, ECF No. 92; and IGT's Corrected Answer and Counterclaims to Aristocrat's Counterclaims to Plaintiff IGT's Revised Second Amended Complaint, filed February 18, 2016, ECF No. 104.
4. The Parties have reached a settlement of all disputes in this case (the "Settlement Agreement").  As part of the Settlement Agreement, the Parties have agreed to dismiss all claims and counterclaims in this case with prejudice, except that all counterclaims for declaratory judgments of patent invalidity shall be dismissed without prejudice.

WHEREFORE, pursuant to the Settlement Agreement, the Parties respectfully request that the Court approve this stipulation and order as follows: (1) all claims and counterclaims asserted by the Parties in any pleading in this action are dismissed; (2) counterclaims for declaratory judgments of patent invalidity are dismissed without prejudice; all other claims and counterclaims are dismissed with prejudice; (3) no Party shall be deemed a "prevailing party" within the meaning of Federal Rule of Civil Procedure 54 or Local Rule 54-1; (4) each Party

1  shall bear its own costs, disbursements and attorneys' fees; and (5) this Court shall retain
2  jurisdiction to enforce the Settlement Agreement and this Order of Dismissal.

IT IS SO ORDERED.

The Clerk of Court is instructed to close the case.

_____
UNITED STATES DISTRICT JUDGE

DATED this __4__ day of __October__, 2016.

RESPECTFULLY SUBMITTED this 29th day of September, 2016.

| For IGT: | For Aristocrat: |
|---|---|
| MCDONALD CARANO WILSON LLP | SANTORO WHITMIRE, LTD. |
| | |
| */s/ Jeff Silvestri* | */s/ Nicholas J. Santoro* |
| JEFF SILVESTRI | NICHOLAS J. SANTORO |
| MCDONALD CARANO WILSON LLP | SANTORO WHITMIRE, LTD. |
| 2300 W. Sahara Avenue, Suite 1200 | 10100 W. Charleston Blvd., Suite 250 |
| Las Vegas, Nevada  89102 | Las Vegas, Nevada  89135 |
| Telephone:  (702) 873-4100 | Telephone:  (702) 948-8771 |
| Facsimile:  (702) 873-9966 | Facsimile:  (702) 948-8773 |
| E-mail:  jsilvestri@mcdonaldcarano.com | E-mail:  nsantoro@santoronevada.com |
| | |
| ADAM K. MORTARA | ROBERT T. HASLAM |
| BRIAN C. SWANSON | COVINGTON & BURLING LLP |
| BARTLIT BECK HERMAN   PALENCHAR & SCOTT LLP | 333 Twin Dolphin Drive, Suite 700 |
| 54 W. Hubbard Street, Suite 300 | Redwood Shores, CA 94065 |
| Chicago, IL 60654 | Telephone:  (650) 632-4700 |
| Telephone:  (312) 494-4400 | Facsimile:  (650) 632-4800 |
| Facsimile:  (312) 494-4440 | E-mail:  rhaslam@cov.com |
| E-mail:  adam.mortara@bartlit-beck.com          brian.swanson@bartlit-beck.com | GARY M. RUBMAN |
| | PETER A. SWANSON |
| DANIEL C. TAYLOR | COVINGTON & BURLING LLP |
| BARTLIT BECK HERMAN   PALENCHAR & SCOTT LLP | One CityCenter, 850 Tenth Street, NW |
| 1899 Wynkoop Street, 8th Floor | Washington, DC 20001 |
| Denver, CO 80202 | Telephone:  (202) 662-6000 |
| Telephone:  (303) 592-3100 | Facsimile:  (202) 662-6291 |
| Facsimile:  (303) 592-3140 | E-mail:  grubman@cov.com, |
| E-mail:  daniel.taylor@bartlit-beck.com |             pswanson@cov.com |

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 29th day of September, 2016, a true and correct copy of this JOINT STIPULATION OF DISMISSAL was electronically filed with the Clerk of the Court by using the CM/ECF service which will provide copies to all counsel of record registered to receive CM/ECF notifications in this case.

                                             */s/ Daniel C. Taylor*
                                             Daniel C. Taylor

4